UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MANUEL INIGUEZ ZANDIA,<br><br>           Petitioner,<br><br>      v.<br><br>FIDENCIO N. GUZMAN,<br><br>           Respondent. | Case No. 2:24-cv-05423-VBF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   The Court has reviewed the Petition for Writ of Habeas Corpus and all of the other records herein, including the January 9, 2025 Order to Show Cause, Petitioner's Response to the Order to Show Cause and subsequent letters to the Court, and the Report and Recommendation.

   The Court approves and accepts the Report and Recommendation.

   IT IS HEREBY ORDERED that the Petition and this action are dismissed as time-barred.  LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: December 29, 2025            /s/ Valerie Baker Fairbank
                                    _____
                                    Hon. VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE