JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUBEN MANUEL INIGUEZ ZANDIA,  )  Case No. 2:24-cv-05423-VBF-JC
                                                        )
                     Petitioner,                        )
                                                        )  JUDGMENT
          v.                                            )
                                                        )
FIDENCIO N. GUZMAN,                                     )
                                                        )
                     Respondent.                        )
_____  )

        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

        IT IS SO ADJUDGED.


Dated: December 29, 2025              /S/ Valerie Baker Fairbank
                                      _____
                                      Hon. VALERIE BAKER FAIRBANK
                                      UNITED STATES DISTRICT JUDGE